D. Gregory Valenza (SBN 161250)
Shane K. Anderies (SBN 215415)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415-394-9400; Fax: 415-394-9401

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY OBISPO, | No. C 05 3328 PJH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| KINDRED NURSING CENTERS WEST, et al. | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 11-28-05

_____
Attorney for Plaintiff - Allan J. Gomes

Dated: 11-28-05

_____
Attorney for Defendant - Shane K. Anderies

IT IS SO ORDERED:

Dated: 11/29/05

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
REV. 5/00

G:\ADR\ALL\ADR\CSA.FRM

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 11/28/05     _____
                    [Typed name and signature of plaintiff]
                    LUCY OBISPO

Dated: 11/28/05     _____
                    [Typed name and signature of counsel for plaintiff]
                    ALLAN J. GOBES

Dated: 11/28/05     _____
                    [Typed name and signature of defendant]
                    KINDRED NURSING CENTERS WEST, LLC
                    dba NOB HILL HEALTH CARE CENTER

Dated: 11-28-05     _____
                    [Typed name and signature of counsel for defendant]
                    SHANE K. ANDERSON

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
                                        2                                    REV. 3/00