1  D. Gregory Valenza (SBN 161250)
   Shane K. Anderies (SBN 215415)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   KINDRED NURSING CENTERS WEST, LLC
6  dba NOB HILL HEALTH CARE CENTER

7  KATHLEEN A. McCORMAC (#159012)
   ALLAN J. GOMES (#225810)
8  McCORMAC & ASSOCIATES
   655 Montgomery Street, Suite 1200
9  San Francisco, California 94111
10 Tel: (415) 399-1722
   Fax: (415) 399-1733
11
12 Attorneys for Plaintiff LILY OBISPO

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16 LILY OBISPO,<br>17             Plaintiff,<br>18     v.<br>19 KINDRED NURSING CENTERS WEST, LLC<br>   dba NOB HILL HEALTH CARE CENTER and<br>20 DOES 1 to 10, inclusive<br>21             Defendants. | Case No. C 05 3328 MEJ<br><br>STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER |

Plaintiff LILY OBISPO ("Plaintiff") and Defendant KINDRED NURSING CENTERS WEST, LLC dba NOB HILL HEALTH CARE CENTER ("Defendant"), by and through their respective attorneys of record, hereby stipulate and request this Court to issue an order continuing the time within which the parties may complete mediation in this action based on the following:

1. The Court initially ordered a case management conference to take place on December 15, 2005 before the Honorable Phyllis J. Hamilton.

2. On November 29, 2005, the parties filed with the Court a Stipulation and Order selecting mediation and submitted a Joint Case Management Conference Statement on December 8, 2005.

3. On or about December 12, 2005, the Court reassigned the case to the Honorable Maria-Elena James and vacated the December 15, 2005 case management conference date.

4. Per ADR Local Rule 6-4(b), the last day for the parties to complete mediation is March 15, 2006.

5. The parties received the Court's Notice of Appointment of Mediator Robert A. Edwards on or about January 3, 2006.

4. The parties and Mr. Edwards participated in a pre-mediation teleconference on February 6, 2006.

5. Due to the parties' and the mediator's schedule conflicts, mediation could not be scheduled in March 2005, and instead, mediation is currently scheduled for April 26, 2006.

6. The requested brief extension of the last date to mediate will not affect any other court-imposed deadlines.

THEREFORE, the parties hereto stipulate and request that the Court enter an order continuing the time within which the parties may complete mediation to April 26, 2006.

SO STIPULATED:

Date: February __ 2006

JACKSON LEWIS LLP

By: _____
D. Gregory Valenza
Shane K. Anderies
Attorneys for Defendant
KINDRED NURSING CENTERS WEST, LLC
dba NOB HILL HEALTH CARE CENTER

2

Case No. C 05 3328 MEJ

STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER

1 | Date: February 28, 2006                    MCCORMAC & ASSOCIATES
2 |
3 |
4 |                                             By: _____
   |                                                 Kathleen McCormac
5 |                                                 Alan Gomes
   |                                                 Attorneys for Plaintiff LILY OBISPO
6 |                                             **ORDER**
7 |           GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the current deadline for
8 | completion of mediation, presently March 15, 2006, is continued to April 26, 2006.
9 |
10 | Date:  March 2, 2006
11 |                                             _____
                                                 UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*

---
3                                                                                    Case No. C 05 3328 MEJ
**STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER**