| | |
|---|---|
| 1 | D. Gregory Valenza (SBN 161250) |
| | Shane K. Anderies (SBN 215415) |
| 2 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California  94105 |
| | Telephone:  (415) 394-9400 |
| 4 | Facsimile:  (415) 394-9401 |
| 5 | Attorneys for Defendant |
| | KINDRED NURSING CENTERS WEST, LLC |
| 6 | dba NOB HILL HEALTH CARE CENTER |
| 7 | KATHLEEN A. McCORMAC (#159012) |
| | ALLAN J. GOMES (#225810) |
| 8 | McCORMAC & ASSOCIATES |
| 9 | 655 Montgomery Street, Suite 1200 |
| | San Francisco, California 94111 |
| 10 | Tel: (415) 399-1722 |
| | Fax: (415) 399-1733 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | LILY OBISPO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LILY OBISPO, | | Case No.  C 05 3328 PJH |
| | Plaintiff, | |
| | | **STIPULATION FOR DISMISSAL** |
| | v. | |
| | | ORDER CLOSING FILE |
| KINDRED NURSING CENTERS WEST, LLC dba NOB HILL HEALTH CARE CENTER and DOES 1 to 10, inclusive | | |
| | Defendants. | |

**IT IS HEREBY STIPULATED,** by and between the parties, that this matter has been settled, and that the court may dismiss this matter, with prejudice.  Each party to bear its own fees and costs.

1                                                                                          Case No. C 05 3328 PJH

|   |   |
|---|---|
| 1 | Respectfully Submitted: |
| 2 | McCORMAC & ASSOCIATES |
| 3 DATED: May 9, 2006 | |
| 4 | *Kathleen A. McCormac* |
| 5 | KATHLEEN A. McCORMAC<br>Attorney for Plaintiffs |
| 6 | JACKSON LEWIS, LLP |
| 9 DATED: May 30, 2006 | |
| 10 | SHANE ANDRIES<br>Attorney for Defendant |

12   The Clerk of Court shall close the file.

15   IT IS SO ORDERED.
16   Dated: May 30, 2006

IT IS SO ORDERED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED S_____ JUDGE